No. 12–0666/AR. U.S. v. Steven P. Strickland. CCA 20050455. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including September 12, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0649/AF. U.S. v. Kevin K. Suter, Jr. CCA S31976. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted; and the decision of the United States Air Force Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0008/AR. U.S. v. Alaa M. Ali. CCA 20080559. On consideration of Appellant's petition for reconsideration of this Court's decision, 71 M.J. 256 (C.A.A.F. 2012), it is, ordered that said petition for reconsideration be, and the same is hereby denied.

---

* It is directed that the promulgating order be corrected to reflect a plea and finding of guilty as to Additional Charge II.